UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael C. Dixon,

    Plaintiff,

    v.                                                Case No. 2:13–cv–361

Commissioner of Social Security,          Judge Michael H. Watson

    Defendant.

## ORDER

On July 17, 2014, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation concerning the disposition of Michael C. Dixon's ("Plaintiff") Complaint in this Social Security case. ECF No. 14. The Report and Recommendation recommended overruling Plaintiff's Statement of Specific Errors and affirming the decision of the Commissioner. *Id.* at 18.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting

the Report and Recommendation.  *Id*. at 18–19.  The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Report and Recommendation is **ADOPTED,** and the decision of the Commissioner is **AFFIRMED**.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**